**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION**

| | |
|---|---|
| **IN RE:** ) | |
| ) | |
| **GOPHER COURIER SERVICE, INC.** ) | **CASE NO.:  21-40929 CJP** |
| ) | |
| **DEBTOR.** ) | **CHAPTER:  11** |
| ) | |

**NOTICE OF UNDELIVERABLE MAIL**

Esmil Rodriguez
20 Village Dr Apt 7
Southbridge, MA 01550-3141

Josue Sabillon
86 Penn Ave
Worcester, MA 01604-6113

Selvin Munoz-Sanchez
84 Providence St
Worcester, MA 01604-6047

Santa Jiminez
29 Whipple Ave
Smithfield, RI 02917-3952

                                                                                                /S/ Steven Weiss
                                                           Steven Weiss, Esquire

Steven Weiss
Shatz, Schwartz and Fentin
1441 Main Street, Suite 1100
Springfield, MA 01103

Return Service Requested

PRESORTED
FIRST-CLASS
U.S. POSTAGE
**PAID**
STRETTO

0000032

Josue Sabillon
86 Penn Ave
Worcester, MA 01604-6113

```
NIXIE         015    FE 1270      0006/10/22
          RETURN TO SENDER
        ATTEMPTED - NOT KNOWN
          UNABLE TO FORWARD

          ANK    BC: 01103145075    *1669-07681-10-34
```

---

Steven Weiss
Shatz, Schwartz and Fentin
1441 Main Street, Suite 1100
Springfield, MA 01103

Return Service Requested

PRESORTED
FIRST-CLASS
U.S. POSTAGE
**PAID**
STRETTO

0000011

Esmil Rodriguez
20 Village Dr Apt 7
Southbridge, MA 01550-3141

```
NIXIE         015    FE 1270      0006/20/22
          RETURN TO SENDER
        ATTEMPTED - NOT KNOWN
          UNABLE TO FORWARD

          ANK    BC: 01103145075    *1569-01481-20-33
```

**PRESORTED FIRST-CLASS U.S. POSTAGE PAID STRETTO**

Return Service Requested

0000050

Selvin Munoz-Sanchez
84 Providence St
Worcester, MA 01604-6047

NIXIE    015    FE 1270    0006/10/22
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 01103145075    *1669-07720-10-34

---

Steven Weiss
Shatz, Schwartz and Fentin
1441 Main Street, Suite 1100
Springfield, MA 01103

Return Service Requested

BOSTON MA 020
4 JUN 2022 PM 3 L

**PRESORTED FIRST-CLASS U.S. POSTAGE PAID STRETTO**

0000049

Santa Jiminez
29 Whipple Ave
Smithfield, RI 02917-3952

9330090123214622

NIXIE    015    DE 1270    0005/11/22
RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD
BC: 01103145075    *1521-09563-04-47