**United States Bankruptcy Court**
**District of Massachusetts, Worcester Division**

IN RE:

Gopher Courier Service, Inc.
_____
Debtor(s)

Case No. **4:21-bk-40929**

Chapter **11**

## AMENDED VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **June 27, 2022**    Signature: **/s/ Matthew E. Kornn**    *Matthew E. Kornn*
Matthew E. Kornn, President and Owner    Debtor

Date: _____    Signature: _____
Joint Debtor, if any