**United States Bankruptcy Court**
**District of Massachusetts, Worcester Division**

**IN RE:** Case No. **4:21-bk-40929**

**Gopher Courier Service, Inc.** Chapter **11**

Debtor(s)

# AMENDED VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **June 27, 2022**    Signature: */s/ Matthew E. Kornn*
**Matthew E. Kornn, President and Owner**    Debtor

Date: _____    Signature: _____
Joint Debtor, if any

A-Tech Automotive Co.
433 Boston Tpke
Shrewsbury, MA  01545-3462

Alex Aulet
93 Central St
Fitchburg, MA  01420-3128

Angel Pagan Davila
17 Marshall St Apt 3
Fitchburg, MA  01420-7511

Bislim Krasniqi
237 Millbury Ave
Millbury, MA  01527-3434

Budget Rental
6 Sylvan Way
Parsippany, NJ  07054-3826

Business Supportive Financing LLC
46 Copperfield Rd
Worcester, MA  01602-1326

Carlos Rodgiguez
42 Burncoat Ter
Worcester, MA  01605-1302

Commonwealth Of MA unemployment
Dept Unemployment Legal Dept.
19 Staniford St Fl 1
Boston, MA   02114-2502


Dany Rodriguez
44 Thomas St Apt 3L
Southbridge, MA   01550-1906


Daryl Smith
161 Greeley St
Clinton, MA   01510-1517


Enrique Mosquea de Jesus
3 Scenic Dr
Worcester, MA   01602-2223


Esmil Rodriguez
20 Village Dr Apt 7
Southbridge, MA   01550


Fani Melgarlandaverde
66 Florence St Apt 3
Worcester, MA   01610-1218


Guy Dewitte
18 Bruce Ln
Southbridge, MA   01550-2304

```
Hershman, Fallstrom & Crowley
255 Park Ave Ste 604
Worcester, MA   01609-1930


Hilsi Sabillon
84 Providence St
Worcester, MA   01604-4204


Internal Revenue Service
PO Box 7346
Philadelphia, PA   19101


Janiris Rivera
7 Freedom Way
Worcester, MA   01605-3512


Jeramy Torres Pagan
106 Lincoln St
Fitchburg, MA   01420-3569


Jon Pederson
297 Cambridge St Apt 1
Worcester, MA   01603-2361


Jose Heguys-Martin
4 Virginia Dr
Rochdale, MA   01542-1202
```

Jose Reyes Tavarez
410 Grafton St
Worcester, MA  01604-3820


Jose Silfa
99 Main St
Rutland, MA  01543


Josephe Sanchez-Colon
43 Salem St Apt 2
Fitchburg, MA  01420-5640


Joshua Lopez
26 Winslow Ave
Leicester, MA  01524-1113


Kevin A Martin
15 Kellette Dr Apt 8
Milford, MA  01757


Kovacs Law, P.C.
131 Lincoln St
Worcester, MA  01605-2408


Leury Garcia Guzman
6 Village Dr Apt 3
Southbridge, MA  01550

Luis Rodriguez-Caleron
47 Popponesset Ave
Mashpee, MA  02649-3033


Maisa Pigorete
20 Houghton St Apt 2
Hudson, MA  01749-2232


Marsh Affinity
PO Box 14404
Des Moines, IA  50306-3404


Massachusetts Dept. of Revenue
PO Box 7010
Boston, MA  02204-7010


Mattew Kornn
35 Mohave Rd
Worcester, MA  01606-2665


Nathaniel Torres Pagan
119 Day St
Fitchburg, MA  01420


Neil A Robidioux
9 Prouty Ln
Worcester, MA  01602-2219

```
Oscar Portillo Rodriguez
66 Florence St Apt 3
Worcester, MA   01610-1218


People's United Bank
Attn: CIF Dept. RC 655
PO Box 804
Brattleboro, VT   05302-0804


People's United Bank
PO Box 820
Burlington, VT   05402-0820


People's United Bank
John P. Barnes, President
850 Main St
Bridgeport, CT   06604-4917


Perla Rodgiguez
35 Mohave Rd
Worcester, MA   01606-2665


Ramon Reyes-Sanatana
437 Mechanic St
Fitchburg, MA   01420-2010


Richard Tejera
86 Worcester St
Southbridge, MA   01550-3410
```

Ryan Adams
105 Bull Run Rd
Holden, MA  01520

Santa Jiminez Guerrido
29 Whipple Ave
Smithfield, RI  02917-3925

Selvin Munoz-Sanchez
50 Grand St Apt 1
Worcester, MA  01610-1634

Shane Vale
560 N Main St
Leominster, MA  01453-1836

Stephanie Arocho-Ruiz
161 Dewey St
Worcester, MA  01610-1341

Stephen Forcier
556 Central St Lot 150
Leominster, MA  01453-6197

Velocitor Solutions
851 Blairhill Rd
Charlotte, NC  28217-1516

```
Vladimir Reynoso Hernandez
1228 Water St
Fitchburg, MA  01420-7260
```

**Fill in this information to identify the case:**

Debtor name: **Gopher Courier Service, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS, WORCESTER DIVISION

Case number (if known): **4:21-bk-40929**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B)** and on *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G)**. Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1: List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Commonwealth Of MA unemployment**<br>**Dept Unemployment Legal Dept.**<br>**19 Staniford St Fl 1**<br>**Boston, MA 02114-2502**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | **unknown** | **$0.00** |
| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br><br>**PO Box 7346**<br>**Philadelphia, PA 19101**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | **unknown** | **$0.00** |

| Debtor | **Gopher Courier Service, Inc.** | Case number (if known) | **4:21-bk-40929** |
|---|---|---|---|

| 2.3 | Priority creditor's name and mailing address<br>**Massachusetts Department Of Revenue**<br><br>**PO Box 7021**<br>**Boston, MA 02204-7021**<br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **unknown**  $0.00 |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**A-Tech Automotive Co.**<br><br>**433 Boston Tpke**<br>**Shrewsbury, MA 01545-3462**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | **unknown** |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Alex Aulet**<br><br>**93 Central St**<br>**Fitchburg, MA 01420-3128**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $0.00 |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Angel Pagan Davila**<br><br>**17 Marshall St Apt 3**<br>**Fitchburg, MA 01420-7511**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $3,600.00 |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Angel Torres**<br><br>**30 Norcross Ter**<br>**Fitchburg, MA 01420-3336**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,260.00 |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Bislim Krasniqi**<br><br>**237 Millbury Ave**<br>**Millbury, MA 01527-3434**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $2,100.00 |

| Debtor | **Gopher Courier Service, Inc.** | Case number (if known) | **4:21-bk-40929** |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Budget Rental**<br><br>**6 Sylvan Way**<br>**Parsippany, NJ 07054-3826**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | **unknown** |
|---|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Business Supportive Financing LLC**<br><br>**46 Copperfield Rd**<br>**Worcester, MA 01602-1326**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | **unknown** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Carlos Rodgiguez**<br><br>**42 Burncoat Ter**<br>**Worcester, MA 01605-1302**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$0.00** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Dany Rodriguez**<br><br>**44 Thomas St Apt 3L**<br>**Southbridge, MA 01550-1906**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$5,780.00** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Daryl Smith**<br><br>**161 Greeley St**<br>**Clinton, MA 01510-1517**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$5,040.00** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Emmanuel Outeiral**<br><br>**61 Salem St**<br>**Fitchburg, MA 01420-5640**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$0.00** |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Enrique Mosquea de Jesus**<br><br>**3 Scenic Dr**<br>**Worcester, MA 01602-2223**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$0.00** |

| Debtor | **Gopher Courier Service, Inc.** | Case number (if known) | **4:21-bk-40929** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Esmil Rodriguez**<br><br>**20 Village Dr Apt 7**<br>**Southbridge, MA 01550**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $5,670.00 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Fani Melgarlandaverde**<br><br>**66 Florence St Apt 3**<br>**Worcester, MA 01610-1218**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $3,800.00 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Francis McGurrin**<br><br>**29 Green Hill Ave**<br>**Worcester, MA 01605-2227**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $3,900.00 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Gregory Payano**<br><br>**126 Country Club Blvd Apt 163**<br>**Worcester, MA 01605-1525**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Guy Dewitte**<br><br>**18 Bruce Ln**<br>**Southbridge, MA 01550-2304**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,890.00 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Hershman, Fallstrom & Crowley**<br><br>**255 Park Ave Ste 604**<br>**Worcester, MA 01609-1930**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | unknown |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Hilsi Sabillon**<br><br>**84 Providence St**<br>**Worcester, MA 01604-4204**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $2,800.00 |

| Debtor | **Gopher Courier Service, Inc.** | Case number (if known) | **4:21-bk-40929** |
|---|---|---|---|
| | Name | | |

| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Internal Revenue Service**<br><br>**PO Box 7346**<br>**Philadelphia, PA 19101**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | **unknown** |
|---|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Israel Rivera**<br><br>**30 Norcross Ter # B**<br>**Fitchburg, MA 01420-3336**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$0.00** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Jancarlos Morales**<br><br>**285 Marcy St**<br>**Southbridge, MA 01550-2362**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$3,600.00** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Janiris Rivera**<br><br>**7 Freedom Way**<br>**Worcester, MA 01605-3512**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$6,040.00** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Jeramy Torres Pagan**<br><br>**106 Lincoln St**<br>**Fitchburg, MA 01420-3569**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$5,560.00** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Jon Pederson**<br><br>**297 Cambridge St Apt 1**<br>**Worcester, MA 01603-2361**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$5,000.00** |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Jose Heguys-Martin**<br><br>**4 Virginia Dr**<br>**Rochdale, MA 01542-1202**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$6,069.00** |

| Debtor | **Gopher Courier Service, Inc.** | Case number (if known) | **4:21-bk-40929** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Jose Reyes Tavarez**<br><br>**410 Grafton St**<br>**Worcester, MA 01604-3820**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$5,260.00** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Jose Silfa**<br><br>**99 Main St**<br>**Rutland, MA 01543**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$6,300.00** |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Josephe Sanchez-Colon**<br><br>**43 Salem St Apt 2**<br>**Fitchburg, MA 01420-5640**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$0.00** |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Joshua Lopez**<br><br>**26 Winslow Ave**<br>**Leicester, MA 01524-1113**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$0.00** |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Kevin A Martin**<br><br>**15 Kellette Dr Apt 8**<br>**Milford, MA 01757**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$5,500.00** |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Kovacs Law, P.C.**<br><br>**131 Lincoln St**<br>**Worcester, MA 01605-2408**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$7,880.89** |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Leury Garcia Guzman**<br><br>**6 Village Dr Apt 3**<br>**Southbridge, MA 01550**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$5,600.00** |

| Debtor | **Gopher Courier Service, Inc.** | Case number (if known) | **4:21-bk-40929** |
|---|---|---|---|
| | Name | | |

| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Luis Rodriguez-Caleron**<br><br>**47 Popponesset Ave**<br>**Mashpee, MA 02649-3033**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$0.00** |
|---|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Maisa Pigorete**<br><br>**20 Houghton St Apt 2**<br>**Hudson, MA 01749-2232**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$0.00** |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Marsh Affinity**<br><br>**PO Box 14404**<br>**Des Moines, IA 50306-3404**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **unknown** |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**Massachusetts Dept. of Revenue**<br><br>**PO Box 7010**<br>**Boston, MA 02204-7010**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **unknown** |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Mattew Kornn**<br><br>**35 Mohave Rd**<br>**Worcester, MA 01606-2665**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **unknown** |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Megan Kornn**<br><br>**35 Mohave Rd**<br>**Worcester, MA 01606-2665**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$0.00** |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Nathaniel Torres Pagan**<br><br>**119 Day St**<br>**Fitchburg, MA 01420**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$4,400.00** |

Debtor **Gopher Courier Service, Inc.**　　　　　　　　　　　　　　Case number (if known) **4:21-bk-40929**
　　　　Name

| | | |
|---|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Neil A Robidioux**<br><br>**9 Prouty Ln**<br>**Worcester, MA 01602-2219**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,250.00** |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Oscar Fernandez**<br><br>**106 Pine St Unit A**<br>**Clinton, MA 01510**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,760.00** |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Oscar Portillo Rodriguez**<br><br>**66 Florence St Apt 3**<br>**Worcester, MA 01610-1218**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,040.00** |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Paul Massey**<br><br>**131 Lake St**<br>**Webster, MA 01570-2022**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,400.00** |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**People's United Bank**<br>**John P. Barnes, President**<br>**850 Main St**<br>**Bridgeport, CT 06604-4917**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **unknown** |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**Perla Rodgiguez**<br><br>**35 Mohave Rd**<br>**Worcester, MA 01606-2665**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.47 | **Nonpriority creditor's name and mailing address**<br>**Ramon Reyes-Sanatana**<br><br>**437 Mechanic St**<br>**Fitchburg, MA 01420-2010**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,040.00** |

| Debtor | **Gopher Courier Service, Inc.** | Case number (if known) | **4:21-bk-40929** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---:|
| 3.48 | **Nonpriority creditor's name and mailing address**<br>**Richard Tejera**<br><br>**86 Worcester St**<br>**Southbridge, MA 01550-3410**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$5,060.00** |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>**Ryan Adams**<br><br>**105 Bull Run Rd**<br>**Holden, MA 01520**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$4,400.00** |
| 3.50 | **Nonpriority creditor's name and mailing address**<br>**Santa Jiminez Guerrido**<br><br>**29 Whipple Ave**<br>**Smithfield, RI 02917-3925**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$0.00** |
| 3.51 | **Nonpriority creditor's name and mailing address**<br>**Selvin Munoz-Sanchez**<br><br>**50 Grand St Apt 1**<br>**Worcester, MA 01610-1634**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$5,520.00** |
| 3.52 | **Nonpriority creditor's name and mailing address**<br>**Shane Vale**<br><br>**560 N Main St**<br>**Leominster, MA 01453-1836**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$1,800.00** |
| 3.53 | **Nonpriority creditor's name and mailing address**<br>**Stephanie Arocho-Ruiz**<br><br>**161 Dewey St**<br>**Worcester, MA 01610-1341**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$0.00** |
| 3.54 | **Nonpriority creditor's name and mailing address**<br>**Stephen Bourassa**<br><br>**553 Sunderland Rd**<br>**Worcester, MA 01604-1345**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$0.00** |

| Debtor | **Gopher Courier Service, Inc.** | Case number (if known) | **4:21-bk-40929** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**Stephen Forcier**<br><br>**556 Central St Lot 150**<br>**Leominster, MA 01453-6197**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$6,520.00** |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**Velocitor Solutions**<br><br>**851 Blairhill Rd**<br>**Charlotte, NC 28217-1516**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **unknown** |
| 3.57 | **Nonpriority creditor's name and mailing address**<br>**Vladimir Reynoso Hernandez**<br><br>**1228 Water St**<br>**Fitchburg, MA 01420-7260**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **People's United Bank**<br>**Attn: CIF Dept. RC 655**<br>**PO Box 804**<br>**Brattleboro, VT 05302-0804** | Line **3.45**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **People's United Bank**<br>**PO Box 820**<br>**Burlington, VT 05402-0820** | Line **3.45**<br>☐ Not listed. Explain ____ | __ |

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 149,839.89 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 149,839.89 |